## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, *et al.*, as Trustees of the United Mine Workers of America 1992 Benefit Plan,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>        v.<br><br>ARCH COAL, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Case No. 1:17-cv-00300-CKK<br><br>**ORAL ARGUMENT REQUESTED** |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c)(1), Local Civil Rule 7(h), and the Court's Scheduling and Procedures Order (ECF No. 18), Plaintiffs Michael H. Holland, Michael O. McKown, Joseph R. Reschini, and Carlo Tarley, as Trustees of the United Mine Workers of America 1992 Benefit Plan (together, "Plaintiffs"), by and through undersigned counsel, hereby move this Court for summary judgment in Plaintiffs' favor on all claims asserted in Plaintiffs' complaint (ECF No. 1) and in Defendant Arch Coal, Inc.'s counterclaim (ECF No. 7). The grounds for this motion are set forth in the accompanying Memorandum of Law in Support, Plaintiffs' Statement of Material Facts Not in Dispute, and supporting papers, all filed herewith and incorporated herein by reference. Plaintiffs respectfully request oral argument on their Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter summary judgment in Plaintiffs' favor on all claims and counterclaims, and order such other and further relief as the Court deems appropriate.

Respectfully submitted,

Dated: August 30, 2017

s/ John R. Mooney
John R. Mooney (DC Bar No. 375886)
Paul A. Green (DC Bar No. 383588)
Olga M. Thall (DC Bar No. 1016248)

Of Counsel:
**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III *
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5000
F: (215) 963-5001
john.goodchild@morganlewis.com

**MOONEY, GREEN, SAINDON, MURPHY & WELCH P.C.**
1920 L Street, NW, Suite 400
Washington, DC 20036
T: (202) 783-0010
F: (202) 783-6088
jmooney@mooneygreen.com
pgreen@mooneygreen.com
omthall@mooneygreen.com

Bryan Killian (DC Bar No. 426195)
Stephanie Schuster (DC Bar No. 1011924)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
bryan.killian@morganlewis.com
stephanie.schuster@morganlewis.com

Stanley F. Lechner (DC Bar No. 370986)
Charles P. Groppe (DC Bar No. 464035)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
stanley.lechner@morganlewis.com
charles.groppe.@morganlewis.com

* Motion for admission
  *pro hac vice* to be filed

Glenda S. Finch (DC Bar No. 418206)
Larry D. Newsome (DC Bar No. 254763)
Barbara E. Locklin (DC Bar No. 420503)
**UMWA HEALTH & RETIREMENT FUNDS
OFFICE OF THE GENERAL COUNSEL**
2121 K Street, NW, Suite 350
Washington, DC 20037
T: (202) 521-2238
gfinch@umwafunds.org
lnewsome@umwafunds.org
blocklin@umwafunds.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 30, 2017, a true and correct copy of the foregoing was served via CM/ECF upon the following:

John R. Woodrum
OGLETREE, DEAKINS, NASH, SMOAK & STUART PC
1909 K Street, NW
Suite 1000
Washington, DC 20006
T: (202) 887-0855
john.woodrum@ogletreedeakins.com

                                                  s/ John R. Mooney
                                                  John R. Mooney