UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, et al. as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ARCH COAL, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | **ORAL ARGUMENT REQUESTED**<br><br>Civil Action No. 17-00300 (CKK) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(b) and LCvR 7(h), Defendant Arch Coal, Inc. respectfully moves this Court for an Order granting summary judgment in its favor on all of Plaintiffs' claims for relief as well as on Defendant's counterclaim. Defendant submits the attached Memorandum of Points and Authorities, exhibits, and affidavit, in support of its Motion for Summary Judgment.

As required by LCvR 7(h)(1), Defendant has also submitted a Statement of Material Facts As to Which There is No Genuine Dispute ("SMF").

Date:  August 30, 2017        Respectfully submitted,

                                              /s/
John R. Woodrum, D.C. Bar # 933457
W. Gregory Mott, D.C. Bar # 438200
OGLETREE, DEAKINS, NASH, SMOAK,
  & STEWART
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 887-0855
Email:  john.woodrum@ogletree.com
Email:  gregory.mott@ogletree.com

*Counsel for Defendant Arch Coal, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 30, 2017, a true and correct copy of the foregoing Motion for Summary Judgment and supporting documents was served via CM/ECF upon the following:

    Glenda S. Finch
    Larry D. Newsome
    Barbara E. Locklin
    UMWA Health & Retirement Funds
    Office of the General Counsel
    2121 K Street, N.W., Suite 350
    Washington, D.C. 20037
    Telephone: (202) 521-2238
    Email: gfinch@umwafunds.org
    Email: lnewsome@umwafunds.org

    Stanley F. Lechner
    Charles P. Groppee, Esq.
    Morgan Lewis & Bockius, LLP
    1111 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    Telephone: (202) 739-5681
    Email: charles.grouppee@morganlewis.com

    John C. Goodchild, Esq.
    Morgan Lewis & Bockius, LLP
    1701 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 963-5000
    Email: jgoodchild@morganlewis.com

    John R. Mooney, Esq.
    Paul A. Green, Esq.
    Olga M. Thall
    Mooney, Green, Saindon, Murphy & Welch, P.C.
    1920 L Street, N.W., Suite 400
    Washington, D.C. 20036
    Telephone: (202) 783-0010
    Email: jmooney@mooneygreen.com
    Email: pgreen@mooneygreen.com

    *Counsel for Plaintiffs/Counter-Defendant-1992 Plan*

31050095.1