UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, as Trustee of the United Mine Workers of America 1992 Benefit Plan, *et al.*,

    *Plaintiffs*,

  v.

ARCH COAL, INC.,

    *Defendant.*

Civil Action No. 17-cv-300 (DLF)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that the plaintiffs' Motion for Summary Judgment, Dkt. 19, is **GRANTED IN PART** and **DENIED IN PART**.

**ORDERED** that the defendant shall provide security under 26 U.S.C. § 9712(d)(1)(B) and shall submit any beneficiary reports that the 1992 Plan Agreement may require in connection with that security.

**ORDERED** that the plaintiffs' request for attorneys' fees is **DENIED**.

**ORDERED** that the plaintiffs' request for the Court to retain jurisdiction over this case to ensure compliance with its order is **DENIED**.

**ORDERED** that the defendant's Motion for Summary Judgment, Dkt. 20, is **DENIED**.

                                                                 DABNEY L. FRIEDRICH
                                                                 United States District Judge

Date: September 28, 2018